AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

MAY 28 2025 AM 10:25
FILED-USDC-CT-HARTFORD

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:25MJ511 (TOF) |
| Julius Jordan Priester | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 27, 2025 _____ in the county of _____ Hartford _____ in the _____ District of _____ CT and elsewhere _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 49 U.S.C.  § 46504 | Interference with flight crew members and attendants |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Alan Szulwach, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alan Szulwach, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 05/28/2025 _____

_____
*Judge's signature*

City and state: _____ Hartford, Connecticut _____     Hon. Thomas O. Farrish, U.S. Magistrate Judge
*Printed name and title*