# UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
# CRIMINAL HEARING MINUTES

Date: May 28, 2025

Case #: 3:25MJ511 (TOF)  Dft #: 1

Honorable Judge: T. O. Farrish

**UNITED STATES OF AMERICA**

Vs.

**JULIUS JORDAN PRIESTER**

Deputy Clerk: R. K. Wood

AUSA: N. Patel

Counsel for Defendant: J. Ewing

☐ Retained  ☐ CJA  ■ FPD

Start Time: 1:47 p.m.  End Time: 2:56 p.m.

USPO: M. L'Heureux

Recess (if more than ½ hr) _____ to _____

Reporter/ECRO/FTR: Court Smart

Interpreter: _____ Language: _____

Total Time: 1 hours 9 minutes

Hearing held ■ in person ☐ by video ☐ by telephone

## HEARING AND TIME

| | | | |
|---|---|---|---|
| ■ Initial Appearance 13m | ☐ Initial Appear. Rule 5 ____ | ■ Detention 55m | ☐ Arraignment ____ |
| ■ Motion 1m | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐ Self surrender  Date_____  
☐ Case Unsealed  
☐ Deft failed to appear  
■ CJA23 financial affidavit filed under seal  
■ Oral Brady Order entered and paper to issue  

☐ Rule 5 charging district _____  
■ Order appointing FPD  
☐ Order appointing Attorney _____  
☐ Set ATTY flag and notify grievance clerk  
☐ Defendant waives right to proceed in-person  

## FILED IN COURT

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

## PLEA

Plea entered of ☐ NOT guilty ☐ guilty ☐ nolo contendere; As to counts _____

Plea agreement letter ☐ filed ☐ under seal ☐ to be filed

☐ Petition to enter guilty plea filed

## SENTENCING

☐ Sentencing set for _____ at _____

☐ Probation 246B Order for PSI & Report filed

☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

Page **1** of **2**

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied     ☐Advisement
__Bond_____ hearing set for __05/30/25_____ ;  continued until_____

**DETENTION**
☒ Govt's motion for pretrial detention filed ☒ Granted  ☐Denied  ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____   ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety    ☐Personal recognizance
☐ Bond  ☐revoked    ☐reinstated    ☐continued    ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☒ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied   ☐advisement

**NOTES**
Judge Farrish advised the deft of his rights.
The defendant waived his right to a probable cause hearing & speedy trial rights for 60 days-July 28, 2025.
_____