UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| United States of America | Crim. No. 3:25-MJ-511 (TOF) |
|---|---|
| v. | |
| Julius Jordan Priester | May 29, 2025 |

NOTICE OF APPEARANCE

Please enter the appearance of Christopher J. Lembo, Assistant United States Attorney, as additional counsel for the United States of America, in the above-referenced case.

                Respectfully submitted,

                DAVID X. SULLIVAN
                UNITED STATES ATTORNEY

                _____
                CHRISTOPHER J. LEMBO
                ASSISTANT UNITED STATES ATTORNEY
                FEDERAL BAR NO. phv207767
                Christopher.lembo@usdoj.gov
                157 Church Street, 25th Floor
                New Haven, CT   06510
                Tel: (203) 821-3700

## CERTIFICATION

      I hereby certify that on May 29, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.   Once docketed, notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.   Parties may access this filing through the court's CM/ECF System.

CHRISTOPHER J. LEMBO
ASSISTANT UNITED STATES ATTORNEY