UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.

JULIUS JORDAN PRIESTER

CRIM. NO. 3:25-CR-161 (SRU)
& 3:25-MJ-511 (TOF)
December 4, 2025

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

The defendant, Julius Jordan Priester, respectfully moves the Court to modify his conditions of release to allow interstate travel for work purposes. The grounds for this motion follow:

1. Mr. Priester is scheduled to be sentenced on December 31, 2025, having pleaded guilty to interference with a flight attendant. ECF No. 33. That date was initially scheduled as a placeholder and the parties understand it will be moved.
2. Mr. Priester is successfully participating in the Salvation Army Adult Rehabilitation Center's residential program in Springfield, Massachusetts. *See, e.g.,* ECF No. 26.
3. Mr. Priester is expected to graduate from the program in January of 2026, and he recently earned a promotion to the job of assistant delivery driver, which requires him to travel around Massachusetts. Recently, on a delivery, he came close to the Vermont border.
4. Although he has let his supervisors know that he "shall not travel outside Massachusetts or Connecticut without prior approval of the Probation office," *see* ECF No. 18 at 2, Mr. Priester is concerned about accidentally violating the terms of his release, or about being sent on a job that would have him crossing state lines.

5. In consultation with counsel, he now seeks permission to travel throughout New England for work purposes. In an abundance of caution, Mr. Priester seeks permission to cross into Vermont, New Hampshire, and New York (as well as Connecticut and Massachusetts) should a SARC delivery job require such travel.

6. Mr. Priester remains on location monitoring and is in compliance with the terms of his pretrial release.

7. His supervising U.S. Probation Officer, Laura LaValley, from the District of Massachusetts, does not object to this request.

8. The Government does not object to this request, either.

WHEREFORE, for the above-stated reasons, the defense respectfully requests that the Court modify Mr. Priester's conditions of release to allow interstate travel between Massachusetts, Connecticut, New Hampshire, Vermont, and New York for work purposes.

Respectfully Submitted,

THE DEFENDANT,
JULIUS PRIESTER

FEDERAL DEFENDER OFFICE

Date: December 4, 2025

*<u>/s/ Josh Ewing</u>*
Josh B. Ewing, CT 443715/phv20199
Assistant Federal Defender
10 Columbus Blvd, 6th FL
Hartford, CT 06106
Phone: (860) 951-6664
Email: josh_ewing@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2025, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Josh Ewing*